UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE SWEET,

        Plaintiff(s),

v.

KELLER SUPPLY CO., et al.,

        Defendant(s).

NO. C07-1356MJP

ORDER ON MOTION TO COMPEL MENTAL EXAMINATION

The above-entitled Court, having received and reviewed Defendant's CR 35 motion to compel a mental examination of Plaintiff, all exhibits and declarations attached thereto, and having been satisfied that Plaintiff is not opposed to the examination, makes the following ruling:

IT IS ORDERED that the motion is GRANTED, and Plaintiff Michelle Sweet is ordered to appear at the office of Gerald M. Rosen, Ph.D., on July 1, 2008 at 9:30 a.m. and July 3, 2008 at 9:30 a.m.

IT IS FURTHER ORDERED that Plaintiff is permitted to tape record the examination if she chooses, subject to Dr. Rosen's conditions regarding the length of the tape.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: June _25_, 2008

                        Marsha J. Pechman
                        U.S. District Judge

**ORD ON CR 35
MTN FOR IME - 1**