UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE SWEET,

         Plaintiff(s),

  v.

KELLER SUPPLY CO., et al.,

         Defendant(s).

NO. C07-1356MJP

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Joint Motion to Amend the Case Scheduling Order (Dkt. No. 12), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: July 11, 2008

*[signature]*

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO REVISE- 1